**SHAUNPEN ZHOU Plaintiff-Appellant**

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION**
**Defendant-Appellee**

No. 17-1802

United States Court of Appeals,
Eighth Circuit.

Submitted: December 28, 2017

Filed: January 12, 2018

Shaunpen Zhou, Pro Se

Sarah J. Gasperini, Attorney, Jonathan C. Huckabay, James A. McKenna, Jackson & Lewis, Chicago, IL, Kevin James Visser, Thomas D. Wolle, Attorney, Simmons & Perrine, Cedar Rapids, IA, for Defendant-Appellee

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

appellee pursuant to Federal Rule of Appellate Procedure 43(c).

PER CURIAM.

Shaunpen Zhou appeals after the district court[1] adversely granted summary judgment in his employment-discrimination action.

After careful *de novo* review, *see Gibson v. Am. Greetings Corp.*, 670 F.3d 844, 852 (8th Cir. 2012), we conclude that the district court's disposition of Zhou's claims was appropriate for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.